UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EARL WEBB, JR.,                     :     Case No. 1:15-cv-348
                                    :
    Plaintiff,                      :     Judge Timothy S. Black
                                    :     Magistrate Judge Stephanie K. Bowman
vs.                                 :
                                    :
JOYCE A. CAMPBELL, et al.,          :
                                    :
    Defendants.                     :

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 5)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 11, 2015, submitted a Report and Recommendations. (Doc. 5). Plaintiff did not file objections.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly:

    1.    The Report and Recommendations (Doc. 5) is **ADOPTED**;

    2.    Plaintiff's Complaint (Doc. 3) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B);

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith and therefore, Plaintiff is denied leave to appeal *in forma pauperis*. He remains free, however, to apply to proceed *in forma pauperis* in the Court of Appeals; and

4. The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 7/9/15

Timothy S. Black
United States District Judge